■ In the Matter of ELIZABETH ANNE HIRZ, an Attorney, Resignor. [38 NYS3d 491]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ. (Filed July 15, 2016.)

■ In the Matter of BROOKE H. WALLS, an Attorney, Resignor. [38 NYS3d 491]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ. (Filed July 15, 2016.)

■ In the Matter of BRUCE EDWARD KAMERER, an Attorney, Resignor. [38 NYS3d 491]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ. (Filed July 15, 2016.)

■ In the Matter of SCOTT M. PECHAITIS, an Attorney, Resignor. [38 NYS3d 491]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ. (Filed July 25, 2016.)

■ In the Matter of PATRICIA M. PETERSEN, an Attorney, Resignor. [38 NYS3d 492]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ. (Filed July 25, 2016.)

■ In the Matter of WHITNEY K. MC KENNA, an Attorney, Resignor. [38 NYS3d 492]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ. (Filed July 26, 2016.)

■ In the Matter of RICHARD B. PALMER, SR., an Attorney, Resignor. [38 NYS3d 492]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ. (Filed July 26, 2016.)

■ In the Matter of DOUGLAS S. GATES, an Attorney, Resignor. [38 NYS3d 492]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ. (Filed July 28, 2016.)